IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **BRYAN L. TRAVIS,**<br><br>                     Plaintiff,<br><br>vs.<br><br>**PARK CITY MUNICIPAL CORPORATION, et al. ,**<br><br>                     Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No. 2:04CV462<br><br>Judge Tena Campbell<br><br>Magistrate Paul M. Warner |

      This matter was referred to Magistrate Judge Paul M. Warner by District Judge Tena Campbell pursuant to 28 U.S.C. § 636(b)(1)(B).  Before the court is Plaintiff Bryan L. Travis' Motion for Partial Summary Judgment.[1]  [Docket no. 52].  Plaintiff seeks an order that his "artistic expressions of artwork are in fact protected under the First Amendment as are the paintings of Jackson Pollack, music of Arnold Schonberg, or Jaberwocky verse of Lewis Carroll."  Because Plaintiff seeks an advisory opinion, IT IS HEREBY RECOMMENDED that Plaintiff's motion be DENIED WITHOUT PREJUDICE.

      Copies of the foregoing report and recommendation are being mailed to all parties who are hereby notified of their right to object.  The parties must file any objection to the Report and Recommendation within ten days after receiving it.  Failure to object may constitute a waiver of

---

[1] Plaintiff's motion is actually styled "Plaintiff's Memorandum for Partial Summary Judgment of First Amendment Status of Plaintiff's Artwork."

objections upon subsequent review.

        DATED this 25th day of July, 2006.

                      BY THE COURT:

                      *[signature]*

                      PAUL M. WARNER
                      United States Magistrate Judge