IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRYAN L. TRAVIS,<br><br>   Plaintiff,<br><br>vs.<br><br>PARK CITY POLICE DEPARTMENT, and PARK CITY MUNICIPAL CORPORATION,<br><br>   Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:04-CV-462 TC |

This matter is before the court on Defendants' Motion for Partial Summary Judgment Regarding Plaintiff's Damages. The matter was referred to United States Magistrate Judge Paul M. Warner. On June 16, 2006, Judge Warner issued a Report and Recommendation (R&R) in which he recommended that Defendants' motion be granted in part and denied in part. Plaintiff filed objections to the R&R.

The court has conducted a de novo review of the issues and finds that Judge Warner's conclusion was correct. Accordingly, the Report and Recommendation is adopted as the order of the court.

**ORDER**

For the reasons set forth in the R&R, Defendants' Motion for Partial Summary Judgment Regarding Plaintiff's Damages (Dkt # 73) is GRANTED IN PART AND DENIED IN PART. Plaintiff is permitted to proceed on his claims for lost income and emotional distress. But Plaintiff's

claims for punitive damages, damages for defamation of character, and damages for a threat to his career are dismissed.

DATED this 6th day of October, 2006.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge